UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20538-CIV-ALTONAGA

**BASSEM FAYAD**,

    Plaintiff,
v.

**CONSERVE-ARM INC.**,

    Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court *sua sponte*. On November 17, 2021, the Eleventh Circuit vacated a panel decision in *Hunstein v. Preferred Collection and Management Services, Inc.*, 17 F.4th 1016 (11th Cir. 2021), a case that addressed a consumer's Article III standing to bring claims under the Fair Debt Collection Practices Act. *See generally Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1103 (11th Cir. 2021). This case will involve issues like those that the Eleventh Circuit may resolve *en banc* in *Hunstein*, as evidenced by the Complaint's citation to *Hunstein*. (*See* Notice of Removal, Ex. A, Compl. [ECF No. 1-1] 18).[1] Therefore, to better manage the orderly progress of this case, it is

**ORDERED AND ADJUDGED** that this matter is **STAYED** pending the Eleventh Circuit's forthcoming *en banc* decision in *Hunstein v. Preferred Collection and Management Services, Inc.*, No. 19-14434 (11th Cir. 2021). Once the decision is issued, the parties shall submit a joint status report to the Court within fourteen (14) days thereafter. The case is **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 22-20538-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 23rd day of February, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record